NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOEY RICHARDSON, )
)
Appellant, )
)
v. ) Case No. 2D18-2238
)
CITIBANK, N.A., NOT IN ITS INDIVIDUAL )
CAPACITY, BUT SOLEY AS TRUSTEE )
FOR NRZ PASS-THROUGH TRUST VI; )
ADRIAN JOHNSON A/K/A ADRIAN S. )
JOHNSON; UV ASSETS, LLC; REGIONS )
BANK SBM WITH AMSOUTH BANK; )
CONCORD STATION COMMUNITY )
ASSOCIATION, INC.; UNKNOWN )
TENANT #1; UNKNOWN TENANT #2, )
)
Appellees. )
)
_____ )

Opinion filed February 8, 2019.

Appeal from the Circuit Court for Pasco
County; Linda Babb, Judge.

Joey Richardson, pro se.

David Tracy Thornhill, Jr. and Todd Drosky
of Frenkel Lambert Weiss Weisman &
Gordon, LLP, Fort Lauderdale, for Appellee
CitiBank, N.A.

No appearance for the remaining Appellees.


PER CURIAM.

Affirmed.


NORTHCUTT, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.